USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANTHONY REDDICK,

                Defendant.

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, District Judge:

On November 20, 2017, the Defendant was sentenced principally to a term of imprisonment of 13 years.

On February 13, 2024, the Defendant moved for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023, and which applies retroactively. The United States Probation Department has issued a report indicating that the Defendant is not eligible for a sentence reduction. Dkt. 1880.

The Court has considered the record in this case and Defendant's submissions, Dkt. 1871.

Defendant argues that he is entitled to a reduction of sentence because of the changes Amendment 821 made to the Guidelines calculation for zero-point offenders. *See* U.S.S.G. § 4C1.1.

It is hereby ORDERED that Defendant's motion is DENIED because he is not eligible for a reduction in sentence pursuant to Amendment 821. The Defendant is precluded from the status points reduction because no status points were included in his Guidelines calculation. He does not meet the eligibility criteria for the zero-point offense level reduction. Specifically, two of the criteria for the zero-point reduction are that the offense for which the defendant was

convicted did not result in death or serious bodily injury and that the defendant did not use violence or credible threats of violence in connection with the offense.  In this case, the Defendant was convicted of racketeering conspiracy, and the predicate act to which he admitted was participating in the murder of Moises Lora.  Because the offense of conviction resulted in death and the Defendant used violence in connection with the offense, he is not eligible for the zero-points reduction.

    The Clerk is respectfully requested to terminate the open motion at Dkt. 1871 and to mail a copy of this order and the Amended Presentence Report at Dkt. 1880 to Defendant, Reg. No. 78700-054, at FCI Ray Brook, P.O. Box 900, Ray Brook, N Y 12977, and to note the mailing on the docket.

**SO ORDERED**.

Dated: April 26, 2024
    New York, New York

_____
**VALERIE CAPRONI**
United States District Judge